IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

HUNTER JAMES CALDWELL                                                              PLAINTIFF

v.                                         Case No. 1:22-cv-1029

GENERAL MOTORS LLC                                                              DEFENDANT

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. ECF No. 17. No response is necessary.

The parties stipulate to the dismissal of Plaintiff Hunter James Caldwell's claims with prejudice, with each side bearing his or its own costs. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). The "entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). Thus, Plaintiff's claims were effectively dismissed when the stipulation was filed. However, the instant Order issues for purposes of maintaining the docket.

Therefore, to the extent that the instant stipulation (ECF No. 17) constitutes a motion, it is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, with the parties bearing his or its own costs.

**IT IS SO ORDERED**, this 19th day of October, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge